IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAD R. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:22-CV-2279-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that it should grant the motion to dismiss Plaintiff's Complaint, terminate the motion to amend as unnecessary, and dismiss the action with prejudice. Plaintiff has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**.[1] The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff failed to show that leave to amend should be granted or include a proposed amended complaint.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that the motion to dismiss is **GRANTED**, the motion to amend is **TERMINATED**, and the above-styled and -numbered civil action is **DISMISSED** with prejudice.

SO ORDERED.

Dated May 8, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE