IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAD R. HARRIS, | ) |
|         Plaintiff, | ) |
| v. | ) |
| AMAZON.COM, INC., | ) |
|         Defendant. | )  Civil Action No. 3:22-CV-2279-C |

**JUDGMENT**

In accordance with the Court's Order of even date adopting the Magistrate Judge's Findings, Conclusions, and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss is **GRANTED**, the motion to amend is **TERMINATED**, and the above-styled and -numbered civil action is **DISMISSED** with prejudice.

Signed this __8th__ day of May, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE