# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10556
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
February 20, 2024
Lyle W. Cayce
Clerk

CHAD R. HARRIS,

    *Plaintiff—Appellant*,

versus

AMAZON.COM, INCORPORATED,

    *Defendant—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2279

---

Before DAVIS, WILLETT, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Certified as a true copy and issued
as the mandate on Mar 13, 2024

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Case: 23-10556      Document: 83-1      Page: 2      Date Filed: 03/13/2024
Case 3:22-cv-02279-K-BW   Document 35   Filed 03/13/24   Page 2 of 3   PageID 215

No. 23-10556

IT IS FURTHER ORDERED that Appellee pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 13, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 23-10556   Harris v. Amazon.com
                           USDC No. 3:22-CV-2279

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
    Mrs. Nehal Anand
    Mr. Andrew Barber
    Mr. Chad R. Harris
    Mr. Matthew Swanger