IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHAD R. HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2279-K-BN |
| | § | |
| AMAZON.COM INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS IN PART AND DENIES IN PART the motion to dismiss the complaint [Dkt. No. 6], as supplemented on remand, *see* Dkt. Nos. 36-40, to the extent that the Court DISMISSES WITH PREJUDICE Plaintiff Chad R. Harris's Title VII retaliation claim.

SO ORDERED.

Signed December 3rd, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE