IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHAD R. HARRIS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-CV-2279-K-BW |
| | § | |
| AMAZON.COM INC., | § | |
| Defendant. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this lawsuit is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 56(a).

SO ORDERED.

Signed December 16th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE